IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Claudio, Narcisa C

Printed: 1/8/08

Case Number: 07 B 13094
Judge: Hollis, Pamela S
Filed: 7/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 26, 2007
Confirmed: September 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,254.00 | 0.00 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 38,135.12 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 778.46 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,305.74 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 212.67 | 0.00 |
| 8. | Capital One | Unsecured | 682.25 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 17,187.83 | 0.00 |
| 10. | Tri-Cap Investment Partners, LLC | Unsecured | 370.24 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 773.92 | 0.00 |
| 12. | Tri-Cap Investment Partners, LLC | Unsecured | 773.75 | 0.00 |
| 13. | Capital One | Unsecured | 893.29 | 0.00 |
| 14. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | TCF Bank | Unsecured |  | No Claim Filed |
| 17. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 64,367.27 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Claudio, Narcisa C

Printed: 1/8/08

Case Number:  07 B 13094
Judge:  Hollis, Pamela S
Filed:  7/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

